1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

*E-FILED 5/18/07*

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

XIYAO SHI,

    Plaintiff,

    v.

ALBERTO GONZALES, United States Attorney General, United States Department of Justice;
MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services;
DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services;
ROBERT S. MUELLER, III, Director, Federal Bureau of Investigations;

    Defendants.

No. C 07-1706 RS

**STIPULATION TO DISMISS; AND [PROPOSED] ORDER**

Plaintiff, by and though her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Stipulation to Dismiss
C07-1706 RS                      1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: May 17, 2007                                  Respectfully submitted,

3 | SCOTT N. SCHOOLS
United States Attorney

4

5

6 | _____/s/_____
ILA C. DEISS
Assistant United States Attorney

7 | Attorneys for Defendants

8

9

10 | Date: May 17, 2007                                  _____/s/_____
JUSTIN FOK
Attorney for Plaintiff

11

12

13

14 | **ORDER**

15 | Pursuant to stipulation, IT IS SO ORDERED.

16

17 | Date:   May 18, 2007

18 | RICHARD SEEBORG
United States Magistrate Judge

Stipulation to Dismiss
C07-1706 RS                                          2